# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         vs.<br><br>ALBERT SICILIA [1],<br><br>                      Defendant. | CASE NO. 69CR6151-BTM<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

       21:174 - Conspiracy to smuggle, sell, and conceal narcotic drugs

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9-20-2013

                                   _____
                                   Barry Ted Moskowitz
                                   U.S. District Judge